United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE | Case No.  5:14-cv-05155-EJD |
| SHOU TUNG WANG, | **ORDER RE: STATUS UPDATE** |
| Debtor. | |
| CHINA EXPORT FINANCE LIMITED, | |
| Plaintiff, | |
| v. | |
| SHOU TUNG WANG, | |
| Defendant. | |

On June 10, 2015, Plaintiff China Export Finance Limited ("Plaintiff") filed a Status Report requesting the court stay all proceedings pending a potential settlement.  See Docket Item No. 14.  In order to understand whether and how this action should proceed at this point, the court orders that Plaintiff shall file on or before **September 1, 2015**, an updated Status Report which provides, inter alia, an update on the contemplated settlement.

**IT IS SO ORDERED.**

Dated: August 25, 2015

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:14-cv-05155-EJD
ORDER RE: STATUS UPDATE

1