UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE<br><br>SHOU TUNG WANG,<br>      Debtor.<br><br>CHINA EXPORT FINANCE LIMITED,<br>      Plaintiff,<br>   v.<br>SHOU TUNG WANG,<br>      Defendant. | Case No.  5:14-cv-05155-EJD<br><br>**ORDER CONTINUING STATUS CONFERENCE** |

Having reviewed the Status Conference Statement filed on October 21, 2015, the court has determined that a status conference is premature at this time.  Accordingly, the Status Conference scheduled for November 5, 2015, is CONTINUED to **10:00 a.m. on December 10, 2015.**  On or before **December 3, 2015**, the parties shall file a Status Conference Statement which provides, inter alia, an update on the confirmation proceedings and indicates when a final resolution of this action is expected.

**IT IS SO ORDERED.**

Dated:  October 30, 2015

_____
EDWARD J. DAVILA
United States District Judge