**DAVID J. COOK, ESQ.** (SBN 060859)
**COOK COLLECTION ATTORNEYS**
**A PROFESSIONAL LAW CORPORATION**
165 Fell Street, San Francisco, CA  94102-5106
Mailing Address: P.O. Box 270
San Francisco, CA  94104-0270
Telephone: (415) 989-4730
Facsimile:  (415) 989-0491
Email: Cook@SqueezeBloodFromTurnip.com
File No. 55,787

Attorneys for Plaintiff and Cross-Defendants
CHINA EXPORT FINANCE LIMITED, by its Joint Liquidators;
DAVID J. COOK, COOK COLLECTION ATTORNEYS, A Professional Corporation

*IT IS SO ORDERED*
*Judge Edward J. Davila*
DATED: 11/13/2015

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>SHOU TUNG WANG,<br><br>Debtor.<br>_____<br><br>CHINA EXPORT FINANCE LIMITED,<br><br>Plaintiff,<br><br>vs.<br><br>SHOU TUNG WANG,<br><br>Defendant.<br>_____ | CASE NO. 5:14-CV-05155-EJD<br><br>[Bk. Case No. 14-50146-ASW<br>Chapter 11<br>Adv. Pro No. 14-05078]<br><br>REQUEST TO ENTER MUTUAL DISMISSAL WITH PREJUDICE |

TO THE HONORABLE EDWARD J. DAVILA, JUDGE OF THE UNITED STATES DISTRICT COURT:

Plaintiff CHINA EXPORT FINANCE LIMITED, and the Debtor, SHOU TUNG WANG, hereby request that the above action be dismissed with prejudice, pursuant to the terms of the confirmed plan of reorganization, and that no party recover costs or fees other than might be allowed by the plan of reorganization, if at all.

The Clerk shall close this file.

REQUEST TO ENTER MUTUAL DISMISSAL WITH PREJUDICE - CASE NO. 5:14-CV-05155-EJD                             1

1 | DATED: November 5, 2015     COOK COLLECTION ATTORNEYS

2 | By: /s/ David J. Cook
    DAVID J. COOK, ESQ. (SBN 060859)
3 | Attorneys for Plaintiff
    CHINA EXPORT FINANCE LIMITED

4 | DATED: November 10, 2015     DINAPOLI & SIBLEY

5 | By: 

6 | Attorneys for Debtor
    STEVEN J. SIBLEY, ESQ.

8 | F:\USERS\DJCNEW\WANG.DISMISS

REQUEST TO ENTER MUTUAL DISMISSAL WITH PREJUDICE - CASE NO. 5:14-CV-05155-EJD    2

**PROOF OF SERVICE**

STEVEN J. SIBLEY, ESQ.
DINAPOLI & SIBLEY
Ten Almaden Blvd., Suite 1250
San Jose, CA 95113-2271
Email: sjs@dslaw.net

WILLIAM C. LEWIS
LAW OFFICES OF WILLIAM C. LEWIS
2225 East Bayshore Road, Suite 200
Palo Alto, CA 94303
Fax: 650 327 9720

I declare:

I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 165 Fell Street, San Francisco, CA 94102. On the date set forth below, I served the attached:

REQUEST TO ENTER MUTUAL DISMISSAL WITH PREJUDICE

on the above-named person(s) by:

__XXX__  Via the court's ECF notification system.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 10, 2015 at San Francisco, California.

                                                   /s/ David J. Cook
                                                   DAVID J. COOK, ESQ. (SBN 060859)